IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| JANET HEIM,                         )<br>                                     )<br>            Plaintiff,       )<br>V.                                   )     Civil Action No. 1:05cv282<br>                                     )<br>THE PRUDENTIAL INSURANCE    )<br>COMPANY OF AMERICA,         )<br>                                     )<br>            Defendant.        )<br>_____) | |

**ORDER**

This matter comes before the Court on cross motions for summary judgment filed by the parties.  For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Defendant's motion for summary judgment is GRANTED and this case is DISMISSED.

                                              /s/
                                    _____
                                    CLAUDE M. HILTON
                                    UNITED STATES DISTRICT JUDGE


Alexandria, Virginia
February 16  , 2006